

Michael Rowe
2300 E Silverado Ranch Blvd 1025
Las Vegas, Nevada 89183
Tel: (702) 379-4850
vegasm@icloud.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL ROWE, Pro Se

   Plaintiff,

*vs.*

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT; et al.

   Defendants.

Case No.:  2:21-cv-00724-JAD-BNW

## PLAINTIFF'S MOTION FOR CLARIFICATION (ECF 24)

Plaintiff Michael Rowe moves for clarification of the Court's recent Order granting Defendants Motion to Stay Discovery in this case. See United States v. Philip Morris USA Inc., 793 F. Supp. 2d 164, 168 (D.D.C. 2011) (explaining that, while "there is no Federal Rule of Civil Procedure specifically governing 'motions for clarification,'" federal courts frequently will "rule on a motion for clarification without resort to [Federal Rule of Civil Procedure] standards"). See also Potter v. District of Columbia, 382 F. Supp. 2d 35, 42 (D.D.C.2005) (example of such a ruling).

1)   On 09/24/2021 the Court granted the defendants Motion to Stay Discovery due to the Plaintiff's failure to properly oppose that motion.  The plaintiff was anticipating attending the hearing on 11/16/2021 to oppose that motion and establish a timeframe as to when discovery can proceed. Since the hearing has was and there is no timeframe established in either the defendant's Motion to Stay Discovery, or the Courts Order on 9/24/2021. The Plaintiff respectfully requests that the Court clarify

its order, so that discovery can proceed in under a few months, or provide the plaintiff some type of timeframe. There is no reason for the Plaintiff not to have some type of timeframe as to when this case will proceed with discovery.

DATED this __27 day of September 2021.

MICHAEL ROWE

*[signature]*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __27__ day of September 2021, I served the foregoing **LAS VEGAS METROPOLITAN POLICE DEPARTMENT** on the following person(s) in the manner(s) listed below:

*Via U.S. Mail*

LYSSA S. ANDERSON (Nevada Bar No. 5781)
RYAN W. DANIELS (Nevada Bar No. 13094)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)

1980 Festival Plaza Drive, Suite 650 Las Vegas, Nevada 89135 Attorneys for Defendants LVMPD, Fred Boncy, Harrison Porter and Robert Steinback

*[signature]*

Michael Rowe Pro Se
2300 E. Silverado Ranch Blvd 1025
Las Vegas NV, 89183
vegasm@icloud.com
702-379-4850

## Order

IT IS ORDERED that ECF No. 24 is GRANTED.
Plaintiff is advised that discovery in this case is stayed
until the Court decides Defendants' motion to dismiss at
ECF No. 9. If the case is not dismissed in its entirety
with prejudice, a joint proposed Discovery Plan and
Scheduling Order will be due 14 days after ECF No. 9
is decided.

IT IS SO ORDERED
DATED: 10:01 am, September 29, 2021

*[signature]*

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE